**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**NO. 3:17-MC-7**

**MICHAEL E. WINFIELD**

**ORDER REINSTATING MICHAEL E. WINFIELD**
**TO BAR OF NORTHERN DISTRICT OF MISSISSIPPI**

On August 23, 2017, this Court suspended Michael E. Winfield from practicing law in the United States District Court for the Northern District of Mississippi "unless and until [he] is restored as an attorney in good standing with the Mississippi Bar and the Mississippi Supreme Court." Doc. #3.

On August 26, 2026, Winfield, pursuant to Local Rule 83.1(c)(3), filed a petition seeking reinstatement to the practice of law in the Northern District of Mississippi. Doc. #6. As cause, Winfield represents that "the Supreme Court of Mississippi has … reinstated [him] to the practice of law in the State of Mississippi," as indicated in the "Order of reinstatement … published on December [9], 2021," attached to his petition. *Id.* at PageID 37. The next day Winfield filed a "Letter of Good Standing" from the Mississippi Bar dated August 27, 2026. Doc. #7.

Because together the Mississippi Supreme Court's reinstatement order and the Mississippi Bar's letter of good standing reflect that Winfield has been restored to the practice of law as an attorney in good standing in the state of Mississippi, upon his payment of the proper fees, Winfield's membership in the Bar of the Northern District of Mississippi will be reinstated, with all associated rights and privileges, and for all purposes.

**SO ORDERED**, this 27th day of August, 2026.

**DEBRA M. BROWN, CHIEF JUDGE**